IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD MEDVIC,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 10-5222 |
| | : | |
| **COMPASS SIGN CO., LLC** | : | |
| **Defendant.** | : | |

**ORDER**

    **AND NOW**, this   10TH   day of August, 2011, upon consideration of Defendant Compass Sign Co., LLC's Motion for Summary Judgment (Doc. No. 17), Plaintiff's Response to the Motion for Summary Judgment (Doc. No. 18), and Defendant's Reply (Doc. No. 19), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that summary judgment is **GRANTED** only as to Plaintiff's Hostile Work Environment claim against Defendant, and Count I of the Complaint is dismissed.  Summary judgment is **DENIED** in all other respects.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE